# United States District Court

**EASTERN DISTRICT OF TEXAS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 15 2012

DAVID J MALAND, CLERK
BY
DEPUTY _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | 1:12-mj- 278 |
| JUAN CARLOS CHAVEZ-DELGADO and ALVARO HUMBERTO JIMENEZ | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On November 13, 2012, in the Eastern District of Texas, defendants, JUAN CARLOS CHAVEZ-DELGADO and ALVARO HUMBERTO JIMENEZ, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a schedule II controlled substance, namely, methamphetamine, in violation of 21 U.S.C. § 841 (a)(1).

I further state that I am a Task Force Agent with the Drug Enforcement Administration and that this complaint is based on the following facts: See Attached Affidavit.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence, on November 15, 2012, in Beaumont, Texas.

_____
HONORABLE ZACK HAWTHORN
UNITED STATES MAGISTRATE JUDGE